UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF SPROTT RESOURCE LLENDING CORPORATION AND TCC MORTGAGE HOLDINGS, INC. FOR AN ORDER COMPELLING DOCUMENTS PURSUANT TO 28 U.S.C. § 1782 | Case No.  16-mc-80058-SK<br><br>**ORDER RE EX PARTE APPLICATION**<br><br>Regarding Docket No. 1 |

Before the Court is an *ex parte* application for an order compelling Google Inc. to produce documents. Having reviewed the papers, the Court is willing to issue a subpoena for the information requested. The Applicants shall prepare a proposed subpoena identifying the information sought and file it with the Court.

**IT IS SO ORDERED**.

Dated: March 11, 2016

_____
SALLIE KIM
United States Magistrate Judge